UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

TYRELL DIXON,

                Plaintiff,

-against-

STEPHEN EINSTEIN & ASSOCIATES, P.C.,

                Defendants.

------------------------------------------------------X

Case No.: 1:16-cv-00750-ALC

**RULE 7.1 STATEMENT**

## PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CVIIL PROCEDURE, THE UNDERSIGNED COUNSEL OF RECORD FOR A CORPORATE (NON-GOVERNMENTAL) PARTY CERTIFIES AS FOLLOWS:

The Defendant Stephen Einstein & Associates, P.C., has no corporate parent and there is no publically held corporation that owns 10% or more of its stock.

Dated: Hawthorne, New York
       April 18, 2016

                TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
                *Attorneys for Defendant Stephen Einstein*
                *& Associates, P.C.*

                _____
                Hillary J. Raimondi, Esq.
                Mid-Westchester Executive Park
                Seven Skyline Drive
                Hawthorne, NY 10532
                (914) 347-2600